**William J. Boyce**
bboyce@adjtlaw.com
(713) 589-3573
*Board Certified Civil
Appellate Law*



ALEXANDER DUBOSE JEFFERSON
Appellate Counsel

ACCEPTED
15-25-00003-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/28/2025 5:54 PM
CHRISTOPHER A. PRINE
CLERK

March 28, 2025

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/28/2025 5:54:59 PM
CHRISTOPHER A. PRINE
Clerk

Mr. Christoper A. Prine
Clerk of Court
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

Re:   *Lone Star NGL Product Services, LLC v. EagleClaw Midstream Ventures LLC,* No. 15-25-00003-CV, in the Fifteenth Court of Appeals

Dear Mr. Prine:

Oral argument is scheduled in the above-referenced case on Tuesday, April 15, 2025, at 1:00 p.m. before Chief Justice Brister and Justices Field and Farris. The undersigned represents Lone Star NGL Product Services LLC and will argue on its behalf.

Respectfully submitted,

William J. Boyce
Counsel for Lone Star NGL Product
Services LLC

cc:   All counsel of record via e-filing

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Stacey Jett on behalf of William Boyce
Bar No. 2760100
sjett@adjtlaw.com
Envelope ID: 99042459
Filing Code Description: Letter
Filing Description: Letter to Clerk re Oral Argument
Status as of 3/31/2025 7:55 AM CST

Associated Case Party: Lone Star NGL Product Services, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cindy Hickman | | cindy.hickman@nortonrosefulbright.com | 3/28/2025 5:54:59 PM | SENT |
| Angelina Martinez | | angelina.martinez@nortonrosefulbright.com | 3/28/2025 5:54:59 PM | SENT |
| Rafe Schaefer | 24077700 | rafe.schaefer@nortonrosefulbright.com | 3/28/2025 5:54:59 PM | SENT |
| Abraham Chang | 24102827 | abraham.chang@nortonrosefulbright.com | 3/28/2025 5:54:59 PM | SENT |
| William Boyce | 2760100 | bboyce@adjtlaw.com | 3/28/2025 5:54:59 PM | SENT |
| Timothy Shinn | 24125409 | Timothy.shinn@nortonrosefulbright.com | 3/28/2025 5:54:59 PM | SENT |
| Andrew Price | | andrew.price@nortonrosefulbright.com | 3/28/2025 5:54:59 PM | SENT |
| Stacey Jett | | sjett@adjtlaw.com | 3/28/2025 5:54:59 PM | SENT |

Associated Case Party: EagleClaw Midstream Ventures LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Fields Alexander | | falexander@beckredden.com | 3/28/2025 5:54:59 PM | SENT |
| Parth S.Gejji | | pgejji@beckredden.com | 3/28/2025 5:54:59 PM | SENT |
| Mary Raffetto | | mkraffetto@beckredden.com | 3/28/2025 5:54:59 PM | SENT |
| Garrett S.Brawley | | gbrawley@beckredden.com | 3/28/2025 5:54:59 PM | SENT |
| Cassie Maneen | | cmaneen@beckredden.com | 3/28/2025 5:54:59 PM | SENT |
| Thomas Ganucheau | | tganucheau@beckredden.com | 3/28/2025 5:54:59 PM | SENT |